[No. 51866-6-I.  Division One.  February 9, 2004.]

THE CITY OF DUVALL, *Respondent*, v. JEFF COPE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-29682-3, William L. Downing, J., entered January 24, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51890-9-I.  Division One.  February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID G. MEIER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02057-1, Richard J. Thorpe, J., entered December 9, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51902-6-I.  Division One.  February 9, 2004.]

*In the Matter of the Marriage of* CERISE C. CORNUTT, *Respondent*, and DENNIS D. CORNUTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-50308-6, Nicole MacInnes, J., entered January 22, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51936-1-I.  Division One.  February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA ELAINE LEIGHTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10161-3, Philip G. Hubbard, Jr., J., entered February 4, 2003. *Remanded* by unpublished per curiam opinion.